**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AYLA ERLER,

    Plaintiff,

  v.

YASHAR ERLER,

    Defendant.
_____/

No. CV-12-2793-CRB

**JUDGMENT**

In its Order denying Plaintiff's motion for summary judgment, the Court notified the parties of its intent to grant summary judgment in favor of Defendant, who did not file a cross-motion. See generally dkt. 26 at 15. Neither party has filed any response. Accordingly, the Court now awards judgment for Defendant.

**IT IS SO ORDERED.**

Dated: January 29, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE