**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    AYLA ERLER,                                    No. CV-12-2793-CRB

12              Plaintiff,                           **ORDER VACATING CMC AND
                                                     REFERRING CASE TO ADR**
13       v.

14    YASHAR ERLER,

15              Defendant.
                                               /
16

17       Good cause appearing therefor, the Court: (1) VACATES the case management

18  conference in this case currently set for Friday, October 28, 2016; (2) GRANTS Defendant

19  Yashar Erler leave to file an amended answer; (3) REFERS this case to the ADR program for

20  mediation; and (4) DIRECTS that mediation be completed within ninety (90) days.

21       **IT IS SO ORDERED.**

22

23

24  Dated: October 27, 2016            CHARLES  R. BREYER
                                       UNITED STATES DISTRICT JUDGE
25

26

27

28

G:\CRBALL\2012\2793\order re briefing.wpd