1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AYLA ERLER, | Case No. CV-12-2793-CRB |
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT IN A CIVIL CASE** |
| vs. | |
| YASHAR ERLER, | |
| Defendant. | |

The Court, having considered all pleadings, documents, and evidence presented and filed with respect to the Motion, and having heard and considered the contentions of counsel, hereby ENTERS the following JUDGMENT:

1. Judgment shall be entered in favor of Plaintiff and against Defendant;

2. Defendant must pay Plaintiff $26,826.17 in back support payments under the I-864 Affidavit of Support;

3. Defendant must pay Plaintiff $261.38 in prejudgment interest as of April 11, 2018 (*see* Dkt. No. 83);

4. Defendant must pay $100,000 in attorneys' fees to Plaintiff's pro bono counsel;

5. Plaintiff is entitled to continuing financial support at 125% of the then-existing Federal Poverty Guidelines pursuant to the Form I–864, Affidavit of Support until such time as the entitlement expires by law; and

6. Defendant has a continuing obligation to financially support Plaintiff at 125% of the then-existing Federal Poverty Guidelines, which shall continue until such time as the obligation expires by law.

**IT IS SO ORDERED.**

Dated: August 8, 2018

CHARLES R. BREYER
United States District Judge